■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO MENDEZ, Appellant. [688 NYS2d 124] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered September 8, 1995, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 5 years to life, unanimously affirmed.

By pleading guilty, defendant waived his statutory speedy trial claim (*People v O'Brien*, 56 NY2d 1009). Since defendant's speedy trial motion, while purportedly raising constitutional issues, failed to address the factors set forth in *People v Taranovich* (37 NY2d 422) and merely raised statutory issues, his constitutional claim is unpreserved (*People v Rowe*, 244 AD2d 295, *lv denied* 91 NY2d 930), and we decline to review it in the interest of justice. Were we to review this claim, we would reject it (*supra*). Concur—Sullivan, J. P., Lerner, Andrias and Saxe, JJ.